IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN JAMES CHAMBERS,

      Petitioner,　　　　　　　　　　No. CIV S-08-1951 EFB P

  vs.

STATE OF CALIFORNIA, et al.,

      Respondents.　　　　　　　　　ORDER

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

      Petitioner challenges a conviction in the Stanislaus County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number; and,

/////

/////

/////

/////

1

1      3.   All future filings shall bear the new case number and shall be filed at:

2          United States District Court
           Eastern District of California
3          2500 Tulare Street
           Fresno, CA 93721
4

5   DATED: September 11, 2008.

6          _____
           EDMUND F. BRENNAN
7          UNITED STATES MAGISTRATE JUDGE