1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   EDWIN JAMES CHAMBERS,                    1:08-cv-01360-SMS (HC)

12                      Petitioner,
                                              ORDER AUTHORIZING
13          vs.                               IN FORMA PAUPERIS STATUS

14   JERRY BROWN, et al.,

15                      Respondent.
     _____/
16

17          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20

21   IT IS SO ORDERED.

22   **Dated:    September 19, 2008                    /s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28